# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**IN THE MATTER OF:**  **CASE NUMBER: 10-11423**
**SEO, MICHAEL W**

Section "A"

**DEBTOR(S)**  **CHAPTER 7**

## MOTION FOR AUTHORITY TO SELL AND OR ABANDON PROPERTY TO DEBTOR

**NOW INTO COURT** comes Ronald J. Hof, Chapter 7 Trustee, who respectfully moves the Court for an order of abandonment on the terms recited below for the following reasons, to-wit.

1.

Ronald J. Hof is the duly qualified and acting Chapter 7 Trustee in this case.

2.

The bankruptcy estate retains a one-half interest in the property and improvements located at 200 Carmel Drive, Mandeville, Louisiana, which is currently in the debtor's residence, the value of which the debtor listed at $100,000.00 in his schedules. Upon investigation and considering a recent Market Analysis, the trustee determined that the value of the entire interest in the property is $185,900.00.

3.

The debtor and the trustee have reached an agreement regarding the purchase of the equity in this asset, by which the debtor agrees to purchase the one-half interest in the property and improvements located at 200 Carmel Drive, Mandeville, Louisiana in consideration of a purchase price of $10,000.00 payable in two (2) installments, the first in the amount of $5,000.00 to be made on the date this motion is granted and the final payment in the amount of $5,000.00 to be made within ninety (90) days of the date this motion is granted.

4.

Trustee believes that the purchase price agreed to in the aforementioned agreement reflects a return to the bankruptcy estate that is better than or equal to the price that could be realized from auction and the costs associated therewith. The basis of trustee's opinion is that this interest is only an undivided interest and the property is subject to a mortgage of $97,351.50 and a homestead exemption of $35,000.00. Additionally, there would be expenses of a real estate agent's commission of $9,436.00, Trustee's fee of $10,795.00, and estimated closing costs of $1,000.00. After making all the deductions, the balance of the value would be $32,317.50 and debtor would be entitled to one-half and the co-owner would be entitled to the other half. However, Section 363(j) of the Bankruptcy Code provides that the co-owner is entitled to her one-half less all expenses except the trustee's fee, so the portion that the co-owner would be entitled to would be $21,556.25 and the estate would be entitled to $10,761.25. Accordingly, trustee recommends approval of the sale as being in the best interest of the estate and its creditors.

5.

In consideration for the payments from debtor, Trustee does disclaim and abandon all such rights, title and interest of the bankruptcy estate in the one-half interest in the property and improvements located at 200 Carmel Drive, Mandeville, Louisiana, subject to the timely receipt of all scheduled installments.

6.

Should the debtors default in any of the above obligations, this agreement shall be null and void and Trustee will seek and order of the Court to have the property turned over for sale.

**WHEREFORE,** Ronald J. Hof, Trustee, prays that the Court enter its order for abandonment for consideration on the terms set forth.

Respectfully submitted,


   /s/ Ronald J. Hof
Ronald J. Hof
Chapter 7 Trustee
9905 Jefferson Hwy.
River Ridge, Louisiana 70123
Tel: 504-305-1591